

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-19-00126-CV

**J. A. G.**,
Appellant

v.

**A. G. E.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

The clerk's record reflects that both parties to this appeal were minors when the underlying suit was filed. Accordingly, on June 7, 2019, we ordered the parties not to include any sensitive data, including the names of the parties, in any filings in this case and to comply with the redaction requirements of Rule 9.9 of the Texas Rules of Appellate Procedure. On August 30, 2019, appellant filed a motion for extension of time to file his brief. The motion violates Rule 9.9 and our order by including the names of the parties. The motion further violates Rule 10.1(a)(5) because it does not contain a certificate of conference.

We therefore **strike** the motion for extension of time. Appellant may refile the motion, but must not include the names of the parties or any other sensitive data. Further, the motion must "contain or be accompanied by a certificate stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion." Tex. R. App. P. 10.1(a)(5).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.



Keith E. Hottle,
Clerk of Court